UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| SARAH O'NEILL )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>LIEUTENANT GENERAL )<br>WILLIAM J. HARTMAN, USA, )<br>Performing the Duties of the Director, )<br>National Security Agency )<br>9800 Savage Rd. Suite 6272 )<br>Fort George G. Meade, Maryland 20755 )<br>)<br>    Defendant. )<br>_____) | Civil Action No. 1:25-cv-04228-LKG |

**PLAINTIFF'S MOTION TO WAIVE REQUIREMENT UNDER LOCAL RULE 102.2(a) TO PROVIDE HOME ADDRESS IN COMPLAINT CAPTION**

Plaintiff Sarah O'Neill, by and through her undersigned counsel, respectfully moves this Court for an order waiving the requirement under Local Rule 102.2(a) to provide her home address in the caption of the Complaint. The grounds for this motion are set forth in the attached memorandum of law.

WHEREFORE, Plaintiff respectfully requests that this Court grant her Motion to waive the requirement under Local Rule 102.2(a) to provide her home address in the caption of the Complaint.

Date: December 22, 2025

                                            Respectfully Submitted,

                                              /s/Matthew LaGarde

                                          Matthew LaGarde (D. Md. Bar No. 21835)
                                          Carolyn L. Wheeler*
                                          Rachel E. Green*
                                          **Katz Banks Kumin LLP**

> 11 Dupont Circle, Suite 600
> Washington, D.C. 20036
> Tel: (202) 299-1140
> Fax: (202) 299-1148
> Email:  lagarde@katzbanks.com
>         wheeler@katzbanks.com
>         green@katzbanks.com
>
> Rebecca Peterson-Fisher*
> Isabel Rothberg*
> 235 Montgomery Street, Suite 665
> San Francisco, CA 94104
> Tel: (415) 813-3260
> Fax: (415) 813-2495
> Email: peterson-fisher@katzbanks.com
>        rothberg@katzbanks.com
>
> *pro hac vice application forthcoming*
>
> *Counsel for Plaintiff Sarah O'Neill*