IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SARAH O'NEILL, <br><br> Plaintiff, <br><br> v. <br><br> LIEUTENANT GENERAL WILLIAM J. HARTMAN, USA, <br> Performing the Duties of the Director, <br> National Security Agency <br> 9800 Savage Rd. Suite 6272 <br> Fort George G. Meade, Maryland 20755, <br><br> Defendant. | Civil Action No. 1:25-cv-04228-LKG |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION TO WAIVE LOCAL RULE 102.2(a) REQUIREMENT TO PROVIDE
ADDRESS IN COMPLAINT CAPTION**

Upon consideration of Plaintiff's motion to waive the requirement under Local Rule 102.2(a) to provide her home address in the caption of the Complaint and the supporting memorandum of law,

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.

SO ORDERED this _____ day of _____, 20_____.

_____
Honorable Lydia Kay Griggsby
United States District Judge