| | |
|---|---|
| **Notice and Demand** | COMMON LAW ACTION |
| **Legal Notice** | CLOSE WRIT |
| | AMICUS |
| **To:** | CURIAE # 1:25-cv-04228 |
| **JUDGE LYDIA KAY GRIGGSBY** | |
| **6500 Cherrywood Lane Suite 400** | |
| **Greenbelt, MD  20770** | |

**From:**
AUTHORIZED LEGAL REPRESENTATIVE
patrick-james: simmons for
LEGAL FICTION PATRICK J. SIMMONS     **(one of the People)**

**Notice by Affidavit of Demand for Change;**
**Notice to Agent is Notice to Principal and Notice to Principal is Notice to Agent;**

Comes now Affiant, _patrick-james: simmons_ , one of the people (as seen in All 50 States Constitutions, All political power) Sui Juris, in this court of record, come to you, being trustees of the People, so that you must provide due care and remember your oath which binds you. I make the following statements and claims, this AMICUS brief is in favor for William J. Hartman and UNITED STATES GOVERNMENT;

- **Maxim of Law by Charles A. Weisman 51o.** "All political power is inherent in the people by decree of God, thus none can exist except it be driven from them." American Maxim.

**Pennsylvania Constitution Article 1 § 20.** Right of petition. "The citizens have a right in a peaceable manner to assemble together for their common good, and to apply to those invested with the powers of government for redress of grievances or other proper purposes, by petition, address or remonstrance".

**Miranda v. Arizona, 384 U.S. 436 (1966)** "Where rights secured by the Constitution are involved, there can be no rulemaking or legislation which would abrogate them"

- **Marbury v. Madison (1803)** "a **law** repugnant to the Constitution **is void**, and that courts, as well as other departments, are bound by that instrument".

This Affidavit is a *self-executing constitutional provision* and is mandatory (*see*) Black's Law Dictionary 4th edition.

©Common law all rights reserved 2025