**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

O'NEILL,                              *

      PLAINTIFF,                 *

                               *

v.                                    *          No. 1:25-cv-04228-LKG

                               *

RUDD,                                 *

      DEFENDANT.                 *

                           ******

**ORDER**

Upon consideration of the consent motion and finding good cause therefore, it is this

_____ day of May, 2026, hereby ORDERED that the motion is GRANTED and Defendant's

time to answer, move, or otherwise respond to the Complaint is extended up through and including

July 2, 2026.

                                          _____

                                          LYDIA K. GRIGGSBY
                                          United States District Judge

1