**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| O'NEILL, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| v. | * | No. 1:25-cv-04228-LKG |
| | * | |
| RUDD, | * | |
| | * | |
| DEFENDANT. | * | |

****** 

## CORRECTED CONSENT MOTION FOR EXTENSION OF TIME

Defendant, with Plaintiff's consent, moves to extend time to answer, move, or otherwise respond to the complaint up through and including August 3, 2026, and to set the remaining briefing deadlines as follows:

Defendant's Motion:  August 3, 2026

Plaintiff's Response:  September 7, 2026

Defendant's Reply:  October 12, 2026

A proposed order is attached.  Defendant respectfully requests the Court grant the motion and set the requested deadlines.

1

2

Respectfully submitted,

Kelly O. Hayes
United States Attorney


By:         /s/
Molissa H. Farber (802255)
Assistant United States Attorney
36 S. Charles St., 4th Floor
Baltimore, Maryland 21201
410-209-4862
Molissa.Farber@usdoj.gov

*Counsel for Defendant*

2