**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| O'NEILL, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| v. | * | No. 1:25-cv-04228-LKG |
| | * | |
| RUDD, | * | |
| | * | |
| DEFENDANT. | * | |

******

## **ORDER**

Upon consideration of the corrected consent motion and finding good cause therefore, it is

this _____ day of July, 2026, hereby ORDERED that the motion is GRANTED and the following

deadlines are entered in the above-captioned case:

Defendant's Motion:  August 3, 2026

Plaintiff's Response:  September 7, 2026

Defendant's Reply:  October 12, 2026


_____
LYDIA K. GRIGGSBY
United States District Judge