**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| O'NEILL, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| v. | * | No. 1:25-cv-04228-LKG |
| | * | |
| RUDD, | * | |
| | * | |
| DEFENDANT. | * | |

******

**DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**

Defendant moves to dismiss the Complaint for failure to state a claim. Fed. R. Civ. P. 12(b)(6). In support, Defendant states as follows:

1. Plaintiff, who identifies as a transgender woman, brings a one-count Complaint for discrimination under Title VII of the Civil Rights Act. 42 U.S.C. § 2000e *et seq*.

2. Plaintiff alleges that her employer, the National Security Agency ("NSA") discriminated against her by creating a hostile work environment when it implemented policies to comply with the Presidential Executive Order "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government." Exec. Order No. 14168, 90 Fed. Reg. 8615 (Jan. 20, 2025). NSA is required to comply with all Presidential Executive Orders. ECF 37-2.

3. Plaintiff fails to state a claim for discrimination for two reasons. First, the allegedly discriminatory actions were not based on sex, following the Supreme Court's holdings in *Bostock v. Clayton County*, 590 U.S. 644 (2020) and *Untied States v. Skrmetti*, 605 U.S 495, 520–21 (2025). NSA's actions apply the same way to each individual regardless of whether they are male or female.

4. Second, Plaintiff does not allege severe or pervasive behavior sufficient to state a claim for hostile work environment. The Complaint alleges broad policy changes, but contains no allegations that Plaintiff was ever herself misgendered, ever punished for using an intimate space, or ever experienced any other specific employment action as a result of the policies.

5. A proposed order is attached. ECF 37-3.

WHEREFORE, Defendant respectfully requests the Court GRANT the motion and DISMISS the complaint for failure to state a claim.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: /s/
Molissa H. Farber (802255)
Assistant United States Attorney
36 S. Charles St., 4th Floor
Baltimore, Maryland 21201
410-209-4862
Molissa.Farber@usdoj.gov

*Counsel for Defendant*