**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| O'NEILL, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| v. | * | No. 1:25-cv-04228-LKG |
| | * | |
| RUDD, | * | |
| | * | |
| DEFENDANT. | * | |

******

**ORDER**

Upon consideration of the motion to dismiss and finding good cause therefore, it is this __________ day of __________________, 2026, hereby ORDERED that the motion is GRANTED and the Complaint is DISMISSED.

____________________________________
Lydia K. Griggsby
United States District Judge