**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| SARAH O'NEILL,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL JOSHUA M. RUDD,<br>Director, National Security Agency<br><br>Defendant. | ) | No. 1:25-cv-04228-LKG |

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF EXECUTIVE ORDER 14168**

Plaintiff Sarah O'Neill, by and through her undersigned counsel, respectfully requests that this Court take judicial notice of Executive Order 14168, *Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*, 90 Fed. Reg. 8615 (Jan. 30, 2025) (signed Jan. 20, 2025), pursuant to Federal Rule of Evidence 201, Exhibit A to the Memorandum of Points and Authorities filed concurrently herewith in support of this request. The grounds for this request are set forth in the attached memorandum of law.

WHEREFORE, Plaintiff respectfully requests that this Court grant her Request for Judicial Notice of Executive Order 14168.

Dated: September 4, 2026

Respectfully submitted,

Rebecca Peterson-Fisher*
Isabel Rothberg*
**Katz Banks Kumin LLP**
235 Montgomery Street, Suite 665
San Francisco, CA 94104
Tel: (415) 813-3260
Fax: (415) 813-2495
Email: peterson-fisher@katzbanks.com
rothberg@katzbanks.com

/s/ Matthew B. LaGarde
Matthew B. LaGarde (D. Md. Bar No. 21835)
Carolyn L. Wheeler*
Rachel Green*
11 Dupont Circle, Suite 600
Washington, D.C. 20036
Tel: (202) 299-1140
Fax: (202) 299-1148
Email: lagarde@katzbanks.com
wheeler@katzbanks.com
green@katzbanks.com

*Admitted *pro hac vice*
*Counsel for Plaintiff Sarah O'Neill*