**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| SARAH O'NEILL,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL JOSHUA M. RUDD,<br>Director, National Security Agency<br><br>Defendant. | ) | No. 1:25-cv-04228-LKG |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF EXECUTIVE ORDER 14168**

Upon consideration of Plaintiff's Request for Judicial Notice of Executive Order 14168 and the supporting Memorandum of Law,

IT IS HEREBY ORDERED that Plaintiff's Request is GRANTED.

SO ORDERED this ______ day of _____________, 2026.

_______________________________
Honorable Lydia Kay Griggsby
United States District Judge