**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| O'NEILL, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| v. | * | No. 1:25-cv-04228-LKG |
| | * | |
| RUDD, | * | |
| | * | |
| DEFENDANT. | * | |

******

**CONSENT MOTION FOR EXTENSION OF TIME**

Defendant, with Plaintiff's consent, moves to extend time to file a reply up through and including October 30, 2026. A proposed order is attached. Defendant respectfully requests the Court grant the motion and set the requested deadlines.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: /s/

Molissa H. Farber (802255)
Assistant United States Attorney
36 S. Charles St., 4th Floor
Baltimore, Maryland 21201
410-209-4862
Molissa.Farber@usdoj.gov

*Counsel for Defendant*