**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| O'NEILL, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| v. | * | No. 1:25-cv-04228-LKG |
| | * | |
| RUDD, | * | |
| | * | |
| DEFENDANT. | * | |

******

**ORDER**

Upon consideration of the consent motion and finding good cause therefore, it is this _________ day of October, 2026, hereby ORDERED that the motion is GRANTED and Defendant's deadline to file a reply is extended up through and including October 30, 2026.

LYDIA K. GRIGGSBY
United States District Judge