**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| SARAH O'NEILL,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL JOSHUA M. RUDD,<br>Director, National Security Agency<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:25-cv-04228-LKG |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Sarah O'Neill, by and through her undersigned counsel, respectfully provides notice of supplemental authority relevant to Ms. O'Neill's opposition to Defendant's pending Motion to Dismiss: an order issued by the United States District Court for the Northern District of California on October 2, 2026, denying defendant's motion to dismiss in *Seawright v. Lucas*, Case No. 26-cv-03444-TSH, ECF No. 30 (N.D. Cal. Oct. 2, 2026) (Hixson, J.). *See* Exhibit A.

Dated: October 9, 2026

Respectfully submitted,

Rebecca Peterson-Fisher*
Isabel Rothberg*
**Katz Banks Kumin LLP**
235 Montgomery Street, Suite 665
San Francisco, CA 94104
Tel: (415) 813-3260
Fax: (415) 813-2495
Email: peterson-fisher@katzbanks.com
rothberg@katzbanks.com

Matthew B. LaGarde (D. Md. Bar No. 21835)
Carolyn L. Wheeler*
Rachel Green*
11 Dupont Circle, Suite 600
Washington, D.C. 20036
Tel: (202) 299-1140
Fax: (202) 299-1148
Email: lagarde@katzbanks.com
wheeler@katzbanks.com
green@katzbanks.com

*Admitted *pro hac vice*
*Counsel for Plaintiff Sarah O'Neill*